UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRIPLE E FARMS, L.L.C., Plaintiff | CIVIL ACTION NO. 1:20-CV-00229 |
| VERSUS | JUDGE DRELL |
| SYNGENTA AG, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Triple E's Motion to Remand (ECF No. 6) is GRANTED for lack of diversity jurisdiction, and this case is REMANDED to the Twelfth Judicial District Court, Avoyelles Parish, Louisiana.

IT IS FURTHER ORDERED that Triple E's Motion for Attorney's Fees (ECF No. 6) is DENIED.

THUS, ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 23rd day of December 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT